STATE of Missouri, Respondent,

v.

Cody Allen RAMSEY, Appellant.

WD 78081

Missouri Court of Appeals, Western District.

FILED: November 17, 2015

Scott A. Ison, Kansas City, MO for Respondent.

Emmett D. Queener, Columbia, MO for Appellant.

Before Division Four: Alok Ahuja, C.J., and Victor Howard and Gary D. Witt, JJ.

**ORDER**

PER CURIAM:

Cody Ramsey appeals his conviction of the Class A misdemeanor of possession of under 35 grams of marijuana in violation of § 195.202, RSMo. Ramsey argues that there was insufficient evidence to prove that he constructively possessed the drugs in question. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).